## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

PASTA FASTA SH. P. K.                    CIV. ACTION NO. 3:25-00492

VERSUS                                   JUDGE TERRY A. DOUGHTY

FASTA PASTA, L. L. C.                    MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 24], after an independent review of the record, no objections thereto have been filed, and after determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion to Dismiss [Doc. No. 20] filed by Defendant, Fasta Pasta, L.L.C., is **GRANTED**, and that Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 11th day of March 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE